1  MATTHEW J. GAUGER, Bar No. 139785
   ANDREA MATSUOKA, Bar No. 289106
2  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
3  431 I Street, Suite 202
   Sacramento, California 95814
4  Telephone (916) 443-6600
   Fax (916) 442-0244
5  E-Mail: mgauger@unioncounsel.net
   amatsuoka@unioncounsel.net
6
   Attorneys for Plaintiff Workforce Defense League
7
   ROGER M. MASON, Bar No. 107486
8  SWEENY MASON LLP
   983 University Ave, Ste C104
9  Los Gatos, CA 95032-7637
   Telephone: (408) 356-3000
10 E-mail: rmason@smwb.com

11 Attorneys for Defendant MCRT Northern California Construction LP

12 ANGEL R. SEVILLA, Bar No. 239072
   KEVIN HA, Bar No. 322252
13 JACKSON LEWIS P.C.
   50 California Street, 9th Floor
14 San Francisco, CA 94111-4615
   Telephone: (415) 394-9400
15 Fax: (415) 394-9401
   E-mail: angel.sevilla@jacksonlewis.com
16 kevin.ha@jacksonlewis.com

17 Attorneys for Defendant Colt Builders, Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Workforce Defense League,<br><br>        Plaintiff,<br><br>v.<br><br>MCRT Northern California Construction, LP and Colt Builders, Corp.<br><br>        Defendants. | No. 3:21-cv-09531-JD<br><br>**JOINT NOTICE OF TENTATIVE SETTLEMENT**<br><br>Judge:    Hon. James Donato |

The Parties by and through their counsel of record hereby jointly provide NOTICE that they have reached a tentative agreement to settle all claims in this case. Plaintiff will file a Request for Dismissal with Prejudice upon completion of settlement documents. The Parties now file this Joint Notice of Tentative Settlement and request that the Court vacate all docketing and other deadlines in this case and place on calendar a show cause hearing regarding dismissal on May 24, 2022. The Parties expect to finalize and comply with all the terms of the Settlement Agreement, including dismissal by that day.

Respectfully submitted,

Dated: March 24, 2022

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /S/ ANDREA MATSUOKA
MATTHEW J. GAUGER
ANDREA MATSUOKA
Attorneys for Plaintiff

Dated: March 24, 2022

SWEENEY MASON LLP

By: /S/ ROGER M. MASON
ROGER M. MASON
Attorneys for Defendant MCRT Northern California Construction, LP

Dated: March 24, 2022

JACKSON LEWIS P.C.

By: /S/ KEVIN HA
ANGEL R. SEVILLA
KEVIN HA
Attorneys for Defendant Colt Builders, Corp.

152900\1256447

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
431 I Street, Suite 202
Sacramento, California 95814
(916) 443-6600

2

JOINT NOTICE OF TENTATIVE SETTLEMENT
Case No. 3:21-cv-09531-JD